**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00853-REB-KLM

RONALD ROHN,

    Plaintiff,

v.

DEPUTY SHERIFF CURTIS WYNESKY,
DEPUTY SHERIFF CARMELA NESTOR, and
SHERIFF TOM NESTOR,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the recommendation contained within the magistrate judge's **Order and Recommendation on United States Magistrate Judge** [#15],[1] filed September 2, 2014. No objection having been timely filed to the recommendation, I review it for plain error only. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the recommendation contained within the magistrate judge's **Order and**

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Recommendation on United States Magistrate Judge** [#15], filed September 2, 2014. , is approved and adopted as an order of this court; and

    2. That all claims for relief and causes of action asserted in plaintiff's **28 U.S.C. § 1343 and 42 U.S.C. § 1983 Amended State Prisoner Complaint** [#6], filed April 23, 2014, are dismissed without prejudice for failure to prosecute.

    Dated October 13, 2015, 2015, at Denver, Colorado.

                                     **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge