**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00853-REB-KLM

RONALD ROHN,

     Plaintiff,

v.

DEPUTY SHERIFF CURTIS WYNESKY,
DEPUTY SHERIFF CARMELA NESTOR, and
SHERIFF TOM NESTOR,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#17] of Judge Robert E. Blackburn entered on October 13, 2015 it is

ORDERED that this case is dismissed without prejudice.

Dated at Denver, Colorado this 13th day of October, 2015.

                                                    FOR THE COURT:
                                                  JEFFREY P. COLWELL, CLERK

                                By:  s/   K. Finney

                                               K. Finney
                                               Deputy Clerk